UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:21-cv-66-Orl-28EJK

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,
a foreign corporation,

     Plaintiff,

v.

RIEKER DULEY CONSTRUCTION
COMPANY a/k/a RIEKER DULEY
CONSTRUCTION CORP., a Florida
corporation, RIEKER & ASSOCIATES,
INC., a Florida corporation, PATRICK H.
DULEY, an individual, BONNIE H.
DULEY, an individual, MARK W.
RIEKER, an individual, and LORI A.
RIEKER, an individual,

     Defendants.

_____/

## SECOND NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, NORTH AMERICAN SPECIALTY INSURANCE COMPANY ("NAS"), by and through undersigned counsel and in accordance with applicable *Fed. R. Civ. P*. 41(a)(1), Local Rule 3.09, and the Court's *Order* **[DE 20]** on NAS's initial *Notice of Dismissal Without Prejudice* **[DE 19]**, hereby seeks to dismiss the above-style case *without prejudice*.

                                            **ETCHEVERRY HARRISON LLP**
                                            Attorneys for NAS
                                            150 South Pine Island Road, Suite 105
                                            Ft. Lauderdale, FL 33324
                                            Phone: (954) 370-1681
                                            Fax: (954) 370-1682
                                            etcheverry@etchlaw.com
                                            service@etchlaw.com

     By:    */s/ Edward Etcheverry*
                    Edward Etcheverry, Fla. Bar No.: 856517
                    Justin Etcheverry, Fla. Bar No.: 1002742

CASE NO.: 6:21-cv-66-Orl-28EJK

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 13th day of April 2021, we filed the foregoing with the Clerk of the Court through CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              By: */s/ Edward Etcheverry*
                  Edward Etcheverry, Esq.