# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,

        Plaintiff,

v.

Case No. 6:21-cv-66-JA-EJK

RIEKER DULEY
CONSTRUCTION COMPANY,
RIEKER & ASSOCIATES, INC.,
PATRICK H. DULEY, BONNIE H.
DULEY, MARK W. RIEKER, and
LORI A. RIEKER,

        Defendants.

---

## ORDER

In light of the Second Notice of Dismissal Without Prejudice (Doc. 21) filed by Plaintiff, which is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 13, 2021.

                                    JOHN ANTOON II
                                    United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties